UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARC RIVERA,

Plaintiff,

v.

NICHOLE WINDOM-HURD,

Defendant.

Case No. 5:25-cv-02100-SRM-DSR

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [19]**

Pursuant to 28 U.S.C § 636, the Court has reviewed all of the records herein, the Report and Recommendation of the United States Magistrate Judge to which no objections were filed. Dkt. 19. The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation. **IT IS ORDERED** that judgment be entered dismissing Plaintiff's complaint, with 30 days leave to amend. Plaintiff has until October 28, 2026, to file an amended complaint.

**IT IS SO ORDERED.**

Dated: September 28, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE